NO. 07-10-0005-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL C

 

APRIL 28, 2010

 

______________________________

 

 

ALLAN W. SHEPHERD, APPELLANT

 

V.

 

THE STATE OF TEXAS, APPELLEE

 

 

_________________________________

 

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

 

NO. 2009-424,407; HONORABLE JIM BOB DARNELL, JUDGE

 

_______________________________

 

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

            Following
an open plea of guilty to aggravated assault on a family member with a deadly
weapon, Appellant, Allan Shepherd, was convicted and a
jury sentenced him to ten years confinement. 
Appellant timely filed a notice of appeal challenging his conviction.

            Pending
before this Court is Appellant's Motion to Dismiss Appeal in which he requests
that his notice of appeal be withdrawn and the appeal be dismissed.  As required by Rule 42.2(a) of the Texas
Rules of Appellate Procedure, the motion is signed by Appellant and his
attorney.  No decision of this Court
having been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained
and our mandate will issue forthwith.

Accordingly, the appeal is
dismissed.

                                                                                    Patrick A. Pirtle

                                                                                          Justice

 

 

Do not publish.